ADAM FELDMAN (SBN: 333667)
adam@adamfeldmanlaw.com
EVAN A. BARR (SBN: 333169)
evan@adamfeldmanlaw.com
ADAM FELDMAN LAW, APC
21300 Victory Blvd., Suite 300
Woodland Hills, CA 91367
T: (818) 710-3833
F: (818) 710-3802

ELEONORA ZELTSER (SBN: 349792)
ezeltser@brafflawfirm.com
BRAFF LAW APC
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
T: (213) 370-2483, ext. 2220
F: (310) 400-5627

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KAEANNA ARLINE DEAN JONES, an individual,

Plaintiff,

vs.

WALMART, INC., a corporation; DOES 1 - 50, inclusive,

Defendants.

Case No.: 2:26-cv-00224-TLN-SCR
[Placer County Superior Court Case No.: S-CV-0056641]

**ORDER GRANTING JOINT MOTION TO (1) MODIFY THE SCHEDULING ORDER, (2) FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, AND (3) REMAND TO PLACER COUNTY SUPERIOR COURT**

Date: January 14, 2027
Time: 2:00 p.m.
Ctrm: 2, 15th Floor
Judge: Hon. Troy L. Nunley

Action Filed: December 1, 2025
Removed: January 27, 2026

The Court has considered the Joint Motion of Plaintiff Kaeanna Arline Dean Jones ("Plaintiff") and Defendant Walmart Inc. ("Walmart") (together, the "Parties") to (1) modify the

Initial Pretrial Scheduling Order, (2) grant Plaintiff leave to file a First Amended Complaint, and (3) remand this action to the Superior Court of California, County of Placer (ECF No. 10), the Parties' Joint Stipulation (ECF No. 10-6), and the Declaration of Adam Feldman and its exhibits. The Court finds the matter suitable for decision without oral argument. E.D. Cal. L.R. 230(g). Good cause appearing, the Joint Motion is GRANTED, and the Court ORDERS as follows:

1. Good cause having been shown under Federal Rule of Civil Procedure 16(b)(4), the Initial Pretrial Scheduling Order (ECF No. 8) is modified to permit joinder of Divisions, Inc., dba Divisions Maintenance Group ("Divisions"), and EC3 Landscape Inc., dba Green Earth Landscape ("EC3").

2. Plaintiff is granted leave under Federal Rules of Civil Procedure 15(a)(2) and 20(a)(2) to file the First Amended Complaint attached as Exhibit 1 to the Declaration of Adam Feldman (ECF No. 10-1), which substitutes Divisions for Doe 1 and EC3 for Doe 2. The First Amended Complaint is deemed filed as of the date of this Order.

3. EC3 is a citizen of California, as is Plaintiff, and its joinder destroys complete diversity of citizenship. Under 28 U.S.C. § 1447(e), the Court permits joinder and REMANDS this action to the Superior Court of California, County of Placer, Case No. S-CV-0056641.

4. Each Party shall bear its own fees and costs related to the removal, the Joint Motion, and the remand. No fees or costs are awarded under 28 U.S.C. § 1447(c).

5. As stipulated by the Parties, discovery exchanged in this action, including the documents Divisions produced under subpoena, may be used in the state court action as if obtained there.

6. The hearing set for January 14, 2027, is VACATED.

7. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Superior Court of California, County of Placer, under 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

DATED: November 24, 2026

Troy L. Nunley
Chief United States District Judge